FILED
JUL -3 AM 9:47
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**Ambrosio D. ROMERO-Sarabia,**

Defendant.

Magistrate Case No. '08 MJ 2029

COMPLAINT FOR VIOLATION OF

Title 8, U.S.C., Section 1324(a)(2)(B)(iii)
Bringing in Illegal Alien(s)
Without Presentation

The undersigned complainant being duly sworn states:

On or about **July 2, 2008**, within the Southern District of California, defendant **Ambrosio D. ROMERO-Sarabia,** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Elizabeth G. SIERRA-Arrazola,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESCENCE, THIS 3rd DAY OF **JULY, 2008.**

UNITED STATES MAGISTRATE JUDGE

6TN

# PROBABLE CAUSE STATEMENT

The complainant states that **Elizabeth G. SIERRA-Arrazola** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 2, 2008 at approximately 6:55 AM, **Ambrosio David ROMERO-Sarabia (Defendant)** made application for admission into the United States from Mexico at the San Ysidro Port of Entry as the driver and sole visible occupant of a black 1997 Chrysler Concorde. A United States Customs and Border Protection (CBP) Canine Enforcement Officer screened the vehicle utilizing a Human Detector Dog and received an alert to the vehicle. Defendant presented his valid Laser Visa (DSP-150) bearing his name and photo as his entry document to a CBP Officer. Defendant stated to the CBP Officer that he was not bringing anything from Mexico and was going to Chula Vista, California. During an inspection of the trunk of the vehicle, a CBP Officer discovered what appeared to be a non-factory compartment behind the rear seat. The CBP Officer pulled back the trunk liner and discovered a human being concealed inside the compartment. The vehicle and its occupants were escorted to secondary for further inspection.

In secondary, CBP Officers removed the backrest of the rear seat and removed one female found concealed inside the non-factory compartment. The concealed female was determined to be a citizen of Mexico without legal rights to enter the United States and is now identified as **Elizabeth G. SIERRA-Arrazola (Material Witness).**

During a video recorded proceeding, Defendant was advised of his Miranda Rights, acknowledged his rights and elected to answer questions without the benefit of counsel. Defendant admitted knowledge of the concealed alien. Defendant stated if successful in smuggling the person, he was to receive $500.00 USD. Defendant stated he was to deliver the vehicle with the concealed alien to the Palomar Street trolley station.

During a separate video recorded proceeding, Material Witness declared she is a citizen of Mexico without legal rights or documents to enter the United States. Material Witness stated she was going to pay between $2,500.00 and $3,000.00 USD to be smuggled into the United States. Material Witness stated she was going to San Marcos, California to reunite with family and seek employment.