UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | 08CR 2356-BEN |
| vs. | CRIMINAL NO. 08MJ 2029 |
| Romero - Sarabia | ORDER |
| Defendant(s) | RELEASING MATERIAL WITNESS |
| | Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Elizabeth G. Sierra - Arrazola

DATED: 7/18/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** [signature] **Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082